# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 9/19/2023   DAY: Tuesday   START TIME: 1:13 pm   END TIME: 1:43 pm
JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: PCH
PROBATION OFFICER: K. Cwirla   INTERPRETER: ____   SWORN:
CASE NUMBER: 22-cr-98-wmc   CASE NAME: USA v. Everett Wescott

**APPEARANCES:**
AUSA: Taylor Kraus   DEFENDANT ATTY.: Lane Fitzgerald

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
   TOTAL OFFENSE LEVEL: 43   CRIMINAL HISTORY CATEGORY: I
   ADVISORY GUIDELINE IMPRISONMENT RANGE: ____ to 360 MONTHS.

**SENTENCE:**
COUNT(S) 2 :   ☒ INDICTMENT   ☐ INFORMATION
CBOP  CT. 2 ; 270 MOS.; 25 YRS. S/R; $ 100 CA; $ ____ REST.; $ ____ FINE.
       CT. ____ ; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
   ☐ VOLUNTARY SURRENDER: ____ between ____ and ____ ;
   ☐ RELEASE CONDITIONS CONTINUED.
   ☒ DETAINED.

**ACTIONS:**
   ☒ PLEA AGREEMENT ACCEPTED
   ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
   ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
   ☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
   ☐ REVOKED

**NOTES:**
Defendant waives reading of the conditions.
$10,000 Special Assessment

TOTAL COURT TIME: 30 min